```
 1  MELINDA HAAG (CABN 132612)
    United States Attorney
 2
    J. DOUGLAS WILSON (DCBN 412811)
 3  Chief, Criminal Division

 4  KIMBERLY E. HOPKINS (MABN 668608)
    Assistant United States Attorney
 5       450 Golden Gate Avenue, Box 36055
         San Francisco, California 94102-3495
 6       Telephone: (415) 436-7200
         FAX: (415) 436-7234
 7       E-Mail: kimberly.hopkins@usdoj.gov

 8  Attorneys for Plaintiff
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CV 13-02648-WHO |
| Plaintiff, | STIPULATION AND ORDER FOR STAY OF PROCEEDINGS PURSUANT TO 18 U.S.C. § 981(G)(1) AND (2) |
| v. | |
| ONE 2012 TOYOTA TACOMA TRUCK, VIN 3TMMU4FNOCM044260; APPROXIMATELY $28,515.33 IN ASSORTED GOLD AND SILVER BARS AND COINS, | |
| Defendants. | |
| ANTHONY PISARSKI, SONNY LEE MOORE, | |
| Claimants. | |

IT IS HEREBY STIPULATED by and between Plaintiff United States of America and Claimants Anthony Pisarski and Sonny Lee Moore, through their respective counsel, that this matter be stayed pursuant to 18 U.S.C. §981(g)(1) and (2).

1.   On December 11, 2012, the government commenced a civil forfeiture action by filing a complaint in *United States v. Approximately $169,920 in United States Currency, et al.* The case was

STIPULATION AND ORDER FOR STAY OF PROCEEDINGS
NO. CV 13-02648-WHO

1. subsequently assigned to the Honorable Jon S. Tigar (CV 12-06284).

2. On January 10, 2013, the government filed a criminal Complaint against Anthony Pisarski and Sonny Lee Moore.  The case was assigned to the Honorable Laurel Beeler (CR 13-70019).

3. On February 26, 2013, the parties filed a Stipulation and Proposed Order to stay the civil forfeiture proceeding (CV 12-06284) until the completion of the criminal proceeding.  On February 28, 2013, Hon. Tigar granted the Stipulation and ordered the parties to submit a joint status report on the related criminal investigation every 60 days.

4. On June 10, 2013, the government commenced an additional civil forfeiture action by filing a complaint in *United States v. One 2012 Toyota Tacoma Truck, VIN 3TMMU4FNOCM044260 et al.*  The case was assigned to the Honorable Donna M. Ryu (CV 13-02648).

5. On July 17, 2013, the government filed a Notice of Related Cases regarding (1) *United States v. Approximately $169,920 in United States Currency, et al.* (CV 12-06284); (2) *United States v. One 2012 Toyota Tacoma Truck, VIN 3TMMU4FNOCM044260, et al.* (CV 13-02648); and (3) *United States v. Anthony Pisarski et al.* (CR 13-70019).  On August 2, 2013, a Related Case Order was issued, and the cases were reassigned to the Honorable William H. Orrick, III.

6. Plea negotiations in the related criminal case are still on-going.  The parties in the criminal case have agreed to extend the time limits for a preliminary hearing.  An arraignment or preliminary hearing date is currently set for September 18, 2013.

7. Pursuant to the above representations, and the provisions of 18 U.S.C. §981(g)(1) and (2), the parties hereby stipulate and agree to stay this civil forfeiture proceeding until the completion of the criminal investigation, or until such earlier time as either party or this court may request that the matter be heard.

///
///
///
///
///
///

STIPULATION AND ORDER FOR STAY OF PROCEEDINGS
NO. CV 13-02648-WHO

IT IS SO STIPULATED:

DATED: September 4, 2013        S/ Kimberly E. Hopkins
                                KIMBERLY E. HOPKINS
                                Assistant United States Attorney

DATED: September 4, 2013        S/ Ronald N. Richards
                                RONALD N. RICHARDS
                                Attorney for Claimant, Anthony Pisarski

DATED: September 4, 2013        S/ T. Louis Palazzo
                                T. LOUIS PALAZZO
                                Attorney for Claimant, Sonny Lee Moore

**ORDER**

IT IS SO ORDERED on this 5th day of September, 2013 pursuant to the foregoing stipulation, that the civil forfeiture proceeding be stayed until the completion of the criminal proceeding in the United States District Court or until such earlier time as either party, or this Court, may request that the matter be heard. The parties shall submit a joint status report on the related criminal investigation within 60 days of the date of this Order, and every 60 days thereafter for as long as this stay is in effect.

September 5, 2013

HONORABLE WILLIAM H. ORRICK, III
United States District Judge

STIPULATION AND ORDER FOR STAY OF PROCEEDINGS
NO. CV 13-02648-WHO